People ex rel. Saulters v Wolcott
2026 NY Slip Op 04113
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. DAMION SAULTERS, PETITIONER-APPELLANT,
v
JULIE WOLCOTT, SUPERINTENDENT OF ATTICA CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
565 KAH 25-01816
Present: Lindley, J.P., Bannister, Ogden, Delconte, And Hannah, JJ.

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (NORMAN P. EFFMAN OF COUNSEL), FOR PETITIONER-APPELLANT.

Appeal from a judgment of the Supreme Court, Wyoming County (Donald G. O'Geen, A.J.), dated May 14, 2025, in a habeas corpus proceeding. The judgment denied the petition.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court